Jimmie MONSOUR v. STATE.   (No. 10313.)

(Court of Criminal Appeals of Texas.   Dec. 22, 1926.)

Appeal from Corporation Court of Port Arthur; R. G. Robertson, Judge.

Elgin H. Blalock, of Port Arthur, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant was tried and convicted in the corporation court of the city of Port Arthur of the offense of disturbing the peace.

The constitutionality of said court is assailed. The legal questions are the same as those discussed in the case of Loraine King v. State (No. 10208), decided the 3d day of November, 1926, 289 S. W. 69, in which the state's motion for rehearing is this day overruled.

Upon the authority of the King Case, the judgment in this cause is reversed, and the prosecution ordered dismissed.

A. THIBADEAUX v. STATE.   (No. 9885.)

(Court of Criminal Appeals of Texas.   Dec. 22, 1926.)

Appeal from Corporation Court of Port Arthur; R. G. Robertson, Judge.

Dycus & Shivers, of Port Arthur, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in corporation court of Port Arthur for carrying knuckles; punishment, fine of $100.

In the recent case of King v. State (No. 10208) 289 S. W. 69, motion for rehearing this day overruled, this court held the corporation court of the city of Port Arthur illegally created. This holding renders it unnecessary for us to discuss any of the contentions herein specifically made.

The court in which this prosecution was had being invalid, the judgment herein is reversed, and the prosecution ordered dismissed.